**DENIED and Opinion Filed July 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-19-00782-CV
_____

### IN RE TRENT S. GRIFFIN, Relator

**Original Proceeding from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-17315**

## MEMORANDUM OPINION
Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Osborne

Before the Court is relator's petition for writ of mandamus in which he contends the trial court lacked jurisdiction to enter certain orders and judgments in the underlying divorce proceeding. To be entitled to mandamus relief, relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the mandamus record, we conclude relator has not shown he is entitled to the relief requested.

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the

relief sought).

/Leslie L. Osborne/

LESLIE L. OSBORNE
JUSTICE

190782F.P05